**Opinion issued January 20, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00740-CV

_____

**CECILIA REYES, Appellant**

**V.**

**SOLUTION HAUS GROUP, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1158863**

---

## MEMORANDUM OPINION

Appellant, Cecilia Reyes, has failed to timely file a brief. *See* TEX. R. APP. P. 38.8(a). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Guerra.